FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 01, 2022

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE CO., a Minnesota corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BJ CARNEY & COMPANY, et al.,<br><br>　　　　　Defendants. | No. 2:99-CV-00226-RHW<br><br>**ORDER DISMISSING CASE AND CLOSING FILE** |

The parties were granted the opportunity to show cause by August 31, 2022 why this case should not be dismissed and neither party responded. ECF No. 46. In accordance with the Court's August 10, 2022 Order and Federal Rule of Civil Procedure 41(b), **IT IS HEREBY ORDERED**:

1.　The Complaint and all remaining claims are **DISMISSED without prejudice** and without costs or fees to any party.

2.　All hearing and other deadlines are **STRICKEN**.

ORDER - 1

3. In addition to furnishing copies of this Order to counsel of record, the Clerk shall also furnish copies to counsel of record for St. Paul Fire and Marine Insurance Co. in 2:99-CV-00061-RHW, Carl Forsberg and Roy Umlauf.

The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, provide copies to counsel as directed above, and **CLOSE** the file.

DATED September 1, 2022.

<u>s/Robert H. Whaley</u><br>ROBERT H. WHALEY<br>Senior United States District Judge

ORDER - 2