AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 01, 2022

SEAN F. McAVOY, CLERK

ST. PAUL FIRE AND MARINE INSURANCE CO., a
Minnesota corporation,

*Plaintiff*

v.

BJ CARNEY & COMPANY, et al.,

)
)
)
)
)
)

Civil Action No.   2:99-CV-00226-RHW

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The Complaint and all remaining claims are DISMISSED without prejudice and without costs or fees to any party.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge      ROBERT H. WHALEY _____

Date:  9/1/2022 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Courtney Piazza _____
*(By) Deputy Clerk*

Courtney Piazza _____